**Visiting Nurse Association of Erie County**
2253 West Grandview Blvd.
Erie, PA 16506

**Earnings Statement**

Check Date: October 05, 2018
Period Beginning: Sept. 16, 2018
Period Ending: Sept. 29, 2018

**Denise Lynn Hardgrave**

| | | Employee Number | 14978 | Department | 16 | Voucher Number | 11045 |
|---|---|---|---|---|---|---|---|
| Pay Basis | Hourly | | | | | Net Pay Check Amount | 2,028.67 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 20.00 | 80.00 | 1600.00 | 214.37 | 4287.40 |
| Overtime | 30.00 | 31.43 | 942.90 | 31.43 | 942.90 |
| Holiday | | | | 8.00 | 160.00 |
| **Total Gross Pay** | | 111.43 | 2542.90 | 253.80 | 5390.30 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| MED | | 2445.61 | 35.47 | 73.27 |
| MED-HI | | 2445.61 | | |
| SS | | 2445.61 | 151.63 | 313.28 |
| PASUI-E | | 2542.90 | 1.52 | 3.23 |
| PA-250901N | | 2445.61 | 24.46 | 50.53 |
| PA-MILY | | 2542.90 | 2.00 | 8.00 |
| PA | | 2445.61 | 75.08 | 155.12 |
| FITW | S/0 | 2445.61 | 350.55 | 590.20 |
| **Total Tax Withholding** | | | 640.71 | 1193.63 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Dental Insurance | -11.20 | 12.00 |
| Mileage | -396.14 | -717.33 |
| Aflac Pre-tax | 24.09 | 72.27 |
| Medical Insurance | 84.40 | 253.20 |
| STD & LIFE | 19.80 | 59.40 |
| Roth 403B | 152.57 | 323.41 |
| **Total Deductions** | -126.48 | 2.95 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0738 | xxxxxx5672 | 2028.67 |
| **Total Direct Deposits** | | 2028.67 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|
| 403B Employer Match | | 203.42 | | 431.20 |

| Accruals | Balance |
|---|---|
| PSNL CO | 20.01 |
| Sick | 46.30 |
| PTOCO | 37.84 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**Visiting Nurse Association of Erie County**
2253 West Grandview Blvd.
Erie, PA 16506

**Direct Deposit Advice**

| Check Date | Voucher Number |
|---|---|
| October 05, 2018 | 11045 |

\*\*\*This is not a check\*\*\*

2113 16  14978  11045  30
**Denise Lynn Hardgrave**
13390 Denny Road
Meadville, PA 16335

Visiting Nurse Association of Erie County
2253 W ... 
Erie, PA 16506

2113 16  14978  11045  30
**Denise Lynn Hardgrave**
13390 Denny Road
Meadville, PA 16335

**Visiting Nurse Association of Erie County**
2253 West Grandview Blvd.
Erie, PA 16506

**Earnings Statement**

Check Date: October 19, 2018
Period Beginning: Sept. 30, 2018
Period Ending: October 13, 2018

**Denise Lynn Hardgrave**
Pay Basis: Hourly
Employee Number: 14978
Department: 16
Voucher Number: 11130
Net Pay / Check Amount: 1,366.18

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 20.00 | 76.08 | 1521.60 | 290.45 | 5809.00 |
| Overtime | 30.00 | 1.33 | 39.90 | 32.76 | 982.80 |
| Holiday | | | | 8.00 | 160.00 |
| **Total Gross Pay** | | 77.41 | 1561.50 | 331.21 | 6951.80 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| MED | | 1449.01 | 21.01 | 94.28 |
| MED-HI | | 1449.01 | | |
| SS | | 1449.01 | 89.83 | 403.11 |
| PASUI-E | | 1561.50 | 0.94 | 4.17 |
| PA-250901N | | 1449.01 | 14.49 | 65.02 |
| PA-MILY | | 1561.50 | 2.00 | 10.00 |
| PA | | 1449.01 | 44.48 | 199.60 |
| FITW | S/0 | 1449.01 | 149.48 | 739.68 |
| **Total Tax Withholding** | | | 322.23 | 1515.86 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Mileage | -352.89 | -1070.22 |
| Aflac Pre-tax | 24.09 | 96.36 |
| Dental Insurance | 4.00 | 16.00 |
| Medical Insurance | 84.40 | 337.60 |
| STD & LIFE | 19.80 | 79.20 |
| Roth 403B | 93.69 | 417.10 |
| **Total Deductions** | -126.91 | -123.96 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0738 | xxxxxx5672 | 1366.18 |
| **Total Direct Deposits** | | 1366.18 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|
| 403B Employer Match | | 124.92 | | 556.12 |

| Accruals | Balance |
|---|---|
| PSNL CO | 20.01 |
| Sick | 48.15 |
| PTOCO | 37.84 |

---- REMOVE DOCUMENT ALONG THIS PERFORATION ----

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**Visiting Nurse Association of Erie County**
2253 West Grandview Blvd.
Erie, PA 16506

**Direct Deposit Advice**
Check Date: October 19, 2018
Voucher Number: 11130

\*\*\*This is not a check\*\*\*

2113 16  14978  11130  29
**Denise Lynn Hardgrave**
13390 Denny Road
Meadville, PA 16335

**Visiting Nurse Association of Erie County**
2253 West Grandview Blvd.
Erie, PA 16506

2113 16  14978 11130 29
**Denise Lynn Hardgrave**
13390 Denny Road
Meadville, PA 16335

**Visiting Nurse Association of Erie County**
2253 West Grandview Blvd.
Erie, PA 16506

**Earnings Statement**
Check Date: November 02, 2018
Period Beginning: October 14, 2018
Period Ending: October 27, 2018

**Denise Lynn Hardgrave**
Pay Basis: Hourly
Employee Number: 14978

Department: 16
Voucher Number: 11215
Net Pay / Check Amount: 1,145.72

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 20.00 | 70.83 | 1416.60 | 361.28 | 7225.60 |
| Holiday | | | | 8.00 | 160.00 |
| Overtime | | | | 32.76 | 982.80 |
| **Total Gross Pay** | | 70.83 | 1416.60 | 402.04 | 8368.40 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| MED | | 1304.11 | 18.91 | 113.19 |
| MED-HI | | 1304.11 | | |
| SS | | 1304.11 | 80.86 | 483.97 |
| PASUI-E | | 1416.60 | 0.85 | 5.02 |
| PA-250901N | | 1304.11 | 13.04 | 78.06 |
| PA-MILY | | 1416.60 | 2.00 | 12.00 |
| PA | | 1304.11 | 40.04 | 239.64 |
| FITW | S/0 | 1304.11 | 132.09 | 871.77 |
| **Total Tax Withholding** | | | 287.79 | 1803.65 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Mileage | -234.20 | -1304.42 |
| Aflac Pre-tax | 24.09 | 120.45 |
| Dental Insurance | 4.00 | 20.00 |
| Medical Insurance | 84.40 | 422.00 |
| STD & LIFE | 19.80 | 99.00 |
| Roth 403B | 85.00 | 502.10 |
| **Total Deductions** | -16.91 | -140.87 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0738 | xxxxxx5672 | 1145.72 |
| **Total Direct Deposits** | | 1145.72 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|
| 403B Employer Match | | | 113.33 | 669.45 |

| Accruals | Balance |
|---|---|
| PSNL CO | 20.01 |
| Sick | 50.00 |
| PTOCO | 37.84 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**Visiting Nurse Association of Erie County**
2253 West Grandview Blvd.
Erie, PA 16506

**Direct Deposit Advice**
Check Date: November 02, 2018
Voucher Number: 11215

***This is not a check***

2113 16  14978  11215  30
**Denise Lynn Hardgrave**
13390 Denny Road
Meadville, PA 16335

Visiting Nurse Association of Erie County
2253 [illegible]
Erie, PA 16506

2113 16  14978  11215  30
**Denise Lynn Hardgrave**
13390 Denny Road
Meadville, PA 16335

**Visiting Nurse Association of Erie County**
2253 West Grandview Blvd.
Erie, PA 16506

**Earnings Statement**

Check Date: November 16, 2018
Period Beginning: October 28, 2018
Period Ending: November 10, 2018

**Denise Lynn Hardgrave**
Pay Basis: Hourly
Employee Number: 14978
Department: 16
Voucher Number: 11295
Net Pay / Check Amount: 1,336.56

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 20.00 | 72.00 | 1440.00 | 433.28 | 8665.60 |
| Overtime | 30.00 | 0.91 | 27.30 | 33.67 | 1010.10 |
| Sick | 20.00 | 8.00 | 160.00 | 8.00 | 160.00 |
| Holiday | | | | 8.00 | 160.00 |
| **Total Gross Pay** | | 80.91 | 1627.30 | 482.95 | 9995.70 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| MED | | 1514.81 | 21.96 | 135.15 |
| MED-HI | | 1514.81 | | |
| SS | | 1514.81 | 93.92 | 577.89 |
| PASUI-E | | 1627.30 | 0.98 | 6.00 |
| PA-250901N | | 1514.81 | 15.15 | 93.21 |
| PA-MILY | | 1627.30 | 2.00 | 14.00 |
| PA | | 1514.81 | 46.50 | 286.14 |
| FITW | S/0 | 1514.81 | 157.37 | 1029.14 |
| **Total Tax Withholding** | | | 337.88 | 2141.53 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0738 | xxxxxx5672 | 1336.56 |
| **Total Direct Deposits** | | 1336.56 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Mileage | -277.07 | -1581.49 |
| Aflac Pre-tax | 24.09 | 144.54 |
| Dental Insurance | 4.00 | 24.00 |
| Medical Insurance | 84.40 | 506.40 |
| STD & LIFE | 19.80 | 118.80 |
| Roth 403B | 97.64 | 599.74 |
| **Total Deductions** | -47.14 | -188.01 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|
| 403B Employer Match | | 130.18 | | 799.63 |

| Accruals | Balance |
|---|---|
| PSNL CO | 20.01 |
| Sick | 43.85 |
| PTOCO | 37.84 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**Visiting Nurse Association of Erie County**
2253 West Grandview Blvd.
Erie, PA 16506

**Direct Deposit Advice**
Check Date: November 16, 2018
Voucher Number: 11295

***This is not a check***

2113 16  14978  11295  31
**Denise Lynn Hardgrave**
13390 Denny Road
Meadville, PA 16335

2113 16  14978  11295 31
**Denise Lynn Hardgrave**
13390 Denny Road
Meadville, PA 16335

**Visiting Nurse Association of Erie County**
2253 West Grandview Blvd.
Erie, PA 16506

**Visiting Nurse Association of Erie County**
2253 West Grandview Blvd.
Erie, PA 16506

**Earnings Statement**
Check Date: November 30, 2018
Period Beginning: November 11, 2018
Period Ending: November 24, 2018

**Denise Lynn Hardgrave**
Pay Basis: Hourly
Employee Number: 14978
Department: 16
Voucher Number: 11375
Net Pay / Check Amount: 1,413.10

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 20.00 | 77.42 | 1548.40 | 510.70 | 10214.00 |
| Overtime | 30.00 | 1.25 | 37.50 | 34.92 | 1047.60 |
| Holiday | | | | 8.00 | 160.00 |
| Sick | | | | 8.00 | 160.00 |
| **Total Gross Pay** | | 78.67 | 1585.90 | 561.62 | 11581.60 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| MED | | 1585.90 | 23.00 | 158.15 |
| MED-HI | | 1585.90 | | |
| SS | | 1585.90 | 98.32 | 676.21 |
| PASUI-E | | 1585.90 | 0.95 | 6.95 |
| PA-250901N | | 1585.90 | 15.86 | 109.07 |
| PA-MILY | | 1585.90 | 2.00 | 16.00 |
| PA | | 1585.90 | 48.69 | 334.83 |
| FITW | S/0 | 1585.90 | 165.90 | 1195.04 |
| **Total Tax Withholding** | | | 354.72 | 2496.25 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Mileage | -277.07 | -1858.56 |
| Roth 403B | 95.15 | 694.89 |
| Aflac Pre-tax | | 144.54 |
| Dental Insurance | | 24.00 |
| Medical Insurance | | 506.40 |
| STD & LIFE | | 118.80 |
| **Total Deductions** | -181.92 | -369.93 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0738 | xxxxxx5672 | 1413.10 |
| **Total Direct Deposits** | | 1413.10 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|
| 403B Employer Match | | 126.86 | | 926.49 |

| Accruals | Balance |
|---|---|
| PSNL CO | 20.01 |
| Sick | 45.70 |
| PTOCO | 37.84 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**Visiting Nurse Association of Erie County**
2253 West Grandview Blvd.
Erie, PA 16506

**Direct Deposit Advice**
Check Date: November 30, 2018
Voucher Number: 11375

**\*\*\*This is not a check\*\*\***

2113 16  14978  11375  30
**Denise Lynn Hardgrave**
13390 Denny Road
Meadville, PA 16335