# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 18-11288-TPA** |
| | : | |
| **Denise Lynn Hardgrave-Dunbar** | : | **Chapter 13** |
| **fka Denise Lynn Hardgrave** | : | |
| *Debtor* | : | |
| | : | **Related to Claim No. 11** |
| | : | |
| **Pennymac Loan Services, LLC,** | : | |
| *Movant* | : | |
| | : | |
| **V.** | : | |
| | : | |
| **Denise Lynn Hardgrave-Dunbar and** | : | |
| **Ronda J. Winnecour, Esquire, Trustee,** | : | |
| *Respondents* | : | |

## **DECLARATION**

**NOW**, this **8th day of February 2020,** upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Pennymac Loan Services, LLC** at **Claim** *No. 11* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $961.11, effective 01/01/2020.

Dated: February 8, 2020

Signed: /s/ Rebeka A. Seelinger Esq.
Rebeka A. Seelinger, Esquire
Seelinger Law Corporation
Attorney for Debtors
PA ID #93897
4640 Wolf Road
Erie, PA 16505
(814) 824-6670
rebeka@seelingerlaw.com