IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11288 TPA |
| | : | |
| Denise Lynn Hardgrave-Dunbar | : | |
|     Debtor | : | |
| | : | |
| | : | |
| | : | |
| Denise Lynn Hardgrave-Dunbar | : | Chapter 13 |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | Document No._____ |
| Independent Physician Services LLC | : | |
|     Respondent | : | |

**CERTIFICATE OF SERVICE**

    I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on March 4, 2020, I served, or caused to be served, a copy of Local Form 11 Order to Pay Trustee Pursuant to Wage Attachment and Local Form 12 Notification of Debtor's Social Security Number, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

Independent Physician Services LLC
300 Penn Center Blvd # Suite 701
Pittsburgh PA 15235
(Via US Mail)

EXECUTED ON: March 4, 2020

By: /s/ Rebeka A. Seelinger
  Rebeka A. Seelinger, Esquire
  SEELINGER LAW
  Attorney for Debtor
  PA ID #93897
  4640 Wolf Road
  Erie, PA 16505
  (814) 824-6670