IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-11288 TPA |
| | : |
| Denise Lynn Hardgrave-Dunbar | : |
|     Debtor | : |
| | : |
| | : |
| | : |
| Denise Lynn Hardgrave-Dunbar | : |
|     Movant | :     Chapter 13 |
| | : |
|     v. | : |
| | :     Document No._____ |
| Visiting Nurses Association of Erie County | : |
|     Respondent | : |

**CERTIFICATE OF SERVICE**

I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on *March 4, 2020*, I served, or caused to be served, a copy of the Court's Order Terminating Wage Attachment, along with Local Form 12 Notification of Debtor's Social Security Number, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**Visiting Nurses Association of Erie County**
2253 W. Grandview Boulevard
Erie PA 16506
(Via US Mail)

EXECUTED ON: *March 4, 2020*

By: /s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
SEELINGER LAW
Attorney for Debtor
PA ID #93897
4640 Wolf Road
Erie, PA 16505
(814) 824-6670
rebeka@seelingerlaw.com