FILED
3/3/20 8:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11288 TPA |
| Denise Lynn Hardgrave-Dunbar | : | |
| Debtor | : | |
| | : | |
| Denise Lynn Hardgrave-Dunbar | : | |
| Movant | : | Chapter 13 |
| v. | : | |
| | : | Document No. __36__ |
| Visiting Nurses Association of Erie County | : | |
| Respondent | : | |

**ORDER TERMINATING WAGE ATTACHMENT**

*NOW,* this *3rd* day of *March, 2020,* upon consideration of the debtor's Motion To Terminate Order To Pay Trustee Pursuant To Wage Attachment, it is ORDERED, that the motion is granted. It is further ORDERED, that this Court's prior order requiring Visiting Nurses Association of Erie County to withhold sums from the wages of Denise Lynn Hardgrave-Dunbar is hereby terminated, and Visiting Nurses Association of Erie County shall make no further deductions from any sums owing by Visiting Nurses Association of Erie County Denise Lynn Hardgrave-Dunbar for payment to the debtor's Chapter 13 Trustee.

BY THE COURT:

_____ vas
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Denise Lynn Hardgrave-Dunbar  
    Debtor  

Case No. 18-11288-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1   User: dpas   Page 1 of 1   Date Rcvd: Mar 03, 2020  
                Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.  
db        +Denise Lynn Hardgrave-Dunbar,   13390 Denny Road,   Meadville, PA 16335-7616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:  
        James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
        Karina Velter    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto amps@manleydeas.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Rebecca Solarz    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
        Rebeka Seelinger    on behalf of Plaintiff Denise Lynn Hardgrave-Dunbar rebeka@seelingerlaw.com  
        Rebeka Seelinger    on behalf of Debtor Denise Lynn Hardgrave-Dunbar rebeka@seelingerlaw.com  
        Richard J. Bedford    on behalf of Plaintiff Denise Lynn Hardgrave-Dunbar richard@seelingerlaw.com, rjb8181@gmail.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                           TOTAL: 8