FILED
3/13/20 2:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 18-11288-TPA |
|     Denise Lynn Hardgrave-Dunbar | : Chapter 13 |
|         Debtor | : |
| | : |
| Denise Lynn Hardgrave-Dunbar, | : |
|         Movant | : Document No. 44 |
| vs. | : |
| | : |
| Independent Physician Services LLC, | : |
|         Respondent | : |

### ORDER TERMINATING WAGE ATTACHMENT

NOW, this **13th** day of ***March, 2020,*** upon consideration of the above-named Debtor's Motion

To Terminate Wage Attachment, which motion has been consented to by the Chapter 13 Trustee, it is

**ORDERED**, that the Motion is **GRANTED**.  The Wage Attachment heretofore issued against

Independent Physician Services LLC is terminated, and Independent Physician Services LLC shall

make no further deductions from any future wages or other compensation payable to the Debtor, Denise

Lynn Hardgrave-Dunbar.

BY THE COURT:

_____ vas
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Denise Lynn Hardgrave-Dunbar
    Debtor

Case No. 18-11288-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: dpas            Page 1 of 1          Date Rcvd: Mar 13, 2020
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db            +Denise Lynn Hardgrave-Dunbar,   13390 Denny Road,   Meadville, PA 16335-7616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
        James Warmbrodt   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
        Karina Velter   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
         amps@manleydeas.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Rebecca Solarz   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
        Rebeka Seelinger   on behalf of Plaintiff Denise Lynn Hardgrave-Dunbar rebeka@seelingerlaw.com
        Rebeka Seelinger   on behalf of Debtor Denise Lynn Hardgrave-Dunbar rebeka@seelingerlaw.com
        Richard J. Bedford   on behalf of Plaintiff Denise Lynn Hardgrave-Dunbar richard@seelingerlaw.com,
         rjb8181@gmail.com
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                          TOTAL: 8