IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11288 TPA |
| | : | |
| Denise Lynn Hardgrave-Dunbar | : | |
| Debtor | : | |
| | : | |
| | : | |
| | : | |
| Denise Lynn Hardgrave-Dunbar | : | Chapter 13 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | Document No._____ |
| Independent Physician Services LLC | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE**

    I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on March 18, 2020, I served, or caused to be served, a copy of the Court's Order Terminating Wage Attachment, along with Local Form 12 Notification of Debtor's Social Security Number, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

Independent Physician Services LLC
300 Penn Center Blvd # Suite 701
Pittsburgh PA 15235
(Via US Mail)

EXECUTED ON: March 18, 2020

                      By: /s/ Rebeka A. Seelinger
                        Rebeka A. Seelinger, Esquire
                        SEELINGER LAW
                        Attorney for Debtor
                        PA ID #93897
                        4640 Wolf Road
                        Erie, PA 16505
                        (814) 824-6670