## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 18-11288-JAD |
| | : | |
| **Denise Lynn Hardgrave-Dunbar** | : | Chapter 13 |
| **fka Denise Lynn Hardgrave** | : | |
| *Debtor* | : | |
| | : | Related to Claim No. 11 |
| | : | |
| **PennyMac Loan Services, LLC,** | : | |
| *Movant* | : | Document No. |
| | : | |
| V. | : | |
| | : | |
| **Denise Lynn Hardgrave-Dunbar and** | : | |
| **Ronda J. Winnecour, Esquire, Trustee,** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **PennyMac Loan Services, LLC** at **Claim *No. 11*** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $944.24, effective 01/01/2023.

Dated: November 22, 2022               /s/ Rebeka A. Seelinger
                                       Rebeka A. Seelinger, Esquire
                                       Seelinger Law Corporation
                                       Attorney for Debtor
                                       PA ID #93897
                                       4640 Wolf Road
                                       Erie, PA 16505
                                       (814) 824-6670
                                       rebeka@seelingerlaw.com