Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Denise Lynn Hardgrave−Dunbar** | : | Case No. 18−11288−JCM |
| **fka Denise Lynn Hardgrave** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 67 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 3/26/24 at 02:30 PM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 29th of January, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 67 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before March 14, 2024**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **March 26, 2024 at 02:30 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 18-11288-JCM

Denise Lynn Hardgrave-Dunbar    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3
Date Rcvd: Jan 29, 2024      Form ID: 300b      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Lynn Hardgrave-Dunbar, 13390 Denny Road, Meadville, PA 16335-7616 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2024 00:38:25 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:37:28 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14972555 | | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2024 00:07:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14967339 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2024 00:07:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14967340 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:25:16 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14967341 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:24:30 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15000520 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:12:55 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14967342 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:38:18 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14967343 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2024 00:12:53 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14967344 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 30 2024 00:09:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14967345 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jan 30 2024 00:08:00 | EnerBank USA, 1245 East Brickyard Rd. Ste. 600, Salt Lake City, UT 84106-2562 |
| 14967357 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jan 30 2024 00:08:00 | EnerBankUSA, Attn: Bankruptcy, 1245 Brickyard Rd Ste 600, Salt Lake City, UT 84106-2562 |
| 15226983 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2024 00:09:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14997477 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 00:13:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14997778 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:24:35 | Portfolio Recovery Associates, LLC, POB 12914, |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: 300b | Total Noticed: 26 |

| Recip ID | | | | |
|---|---|---|---|---|
| 15201587 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Norfolk VA 23541 |
| | | | Jan 30 2024 00:13:26 | Portfolio Recovery Associates, LLC, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14968446 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 30 2024 00:13:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15002566 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Jan 30 2024 00:12:55 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14967346 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Jan 30 2024 00:24:12 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14967347 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 30 2024 00:38:33 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14967348 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 30 2024 00:13:43 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14977790 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Jan 30 2024 00:09:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14985944 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Jan 30 2024 00:38:25 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14967349 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Jan 30 2024 00:13:45 | Wells Fargo Outdoor Solutions, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14967350 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jan 30 2024 00:13:21 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14967351 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14967352 | *+ | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14967353 | *+ | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14967354 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14967355 | *+ | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14967356 | *+ | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14967358 | *+ | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14967359 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14967360 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14967361 | *+ | Wells Fargo Outdoor Solutions, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14967362 | *+ | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 2 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 18-11288-JCM   Doc 69   Filed 01/31/24   Entered 02/01/24 00:32:18   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: 300b | Total Noticed: 26 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 31, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Plaintiff Denise Lynn Hardgrave-Dunbar rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Debtor Denise Lynn Hardgrave-Dunbar rebeka@seelingerlaw.com |
| Richard J. Bedford | on behalf of Plaintiff Denise Lynn Hardgrave-Dunbar richard@seelingerlaw.com rjb8181@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |

TOTAL: 8