**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DENISE LYNN HARDGRAVE-DUNBAR<br><br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:18-11288<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/20/2018 and confirmed on 3/14/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,880.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 98,880.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 4,682.45 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,182.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 57,954.26 | 0.00 | 57,954.26 |
|     Acct: 2396 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 990.64 | 990.64 | 0.00 | 990.64 |
|     Acct: 2396 | | | | |
|   WELLS FARGO BANK NA | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 |
|     Acct: 7762 | | | | |
|   ALLY BANK(*) | 0.00 | 25,069.17 | 0.00 | 25,069.17 |
|     Acct: 4099 | | | | |
|   ALLY BANK(*) | 419.18 | 419.18 | 0.00 | 419.18 |
|     Acct: 4099 | | | | |
| | | | | 86,433.25 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENISE LYNN HARDGRAVE-DUNBAR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | \*\*\*NONE\*\*\* | | |
| **Unsecured** | | | | |
|   CITIBANK NA** | 4,175.51 | 215.66 | 0.00 | 215.66 |
|     Acct: 7422 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,002.49 | 103.42 | 0.00 | 103.42 |
|     Acct: 2771 | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2350 | | | | |
|   LVNV FUNDING LLC | 951.33 | 49.14 | 0.00 | 49.14 |
|     Acct: 9946 | | | | |
|   US DEPARTMENT OF EDUCATION | 56,825.38 | 2,934.87 | 0.00 | 2,934.87 |
|     Acct: 1228 | | | | |
|   US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1031 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2731 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6931 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7229 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3836 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8832 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3736 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8932 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0332 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0432 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0532 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0031 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 8,618.48 | 445.12 | 0.00 | 445.12 |
| Acct: 4464 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,098.86 | 211.70 | 0.00 | 211.70 |
| Acct: 7325 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,308.63 | 119.23 | 0.00 | 119.23 |
| Acct: 8153 | | | | |
| WORLDS FOREMOST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7733 | | | | |
| CITIBANK NA** | 123.81 | 6.40 | 0.00 | 6.40 |
| Acct: 0283 | | | | |
| WELLS FARGO BANK NA | 3,461.13 | 178.76 | 0.00 | 178.76 |
| Acct: 7762 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3929 | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,264.30 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 90,697.55 |

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 3,409.82 |
| UNSECURED | 82,565.62 |

Date: 01/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DENISE LYNN HARDGRAVE-DUNBAR

　　　　Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　vs.
No Repondents.

Case No.:18-11288

Chapter 13

Document No.:

ORDER OF COURT

　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-11288-JCM
Denise Lynn Hardgrave-Dunbar  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3
Date Rcvd: Jan 29, 2024      Form ID: pdf900      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Lynn Hardgrave-Dunbar, 13390 Denny Road, Meadville, PA 16335-7616 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2024 00:13:29 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:13:25 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14972555 | | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2024 00:07:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14967339 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2024 00:07:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14967340 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:38:23 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14967341 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:32 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15000520 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:50 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14967342 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:37:27 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14967343 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2024 00:12:52 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14967344 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 30 2024 00:09:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14967345 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jan 30 2024 00:08:00 | EnerBank USA, 1245 East Brickyard Rd. Ste. 600, Salt Lake City, UT 84106-2562 |
| 14967357 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jan 30 2024 00:08:00 | EnerBankUSA, Attn: Bankruptcy, 1245 Brickyard Rd Ste 600, Salt Lake City, UT 84106-2562 |
| 15226983 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2024 00:09:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14997477 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 00:13:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14997778 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:13:46 | Portfolio Recovery Associates, LLC, POB 12914, |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 15201587 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2024 00:24:11 | | Portfolio Recovery Associates, LLC, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14968446 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2024 00:13:27 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15002566 | + | Email/PDF: ebnotices@pnmac.com Jan 30 2024 00:13:00 | | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14967346 | + | Email/PDF: ebnotices@pnmac.com Jan 30 2024 00:37:26 | | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14967347 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 30 2024 00:13:16 | | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14967348 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 30 2024 00:13:18 | | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14977790 | + | Email/Text: electronicbkydocs@nelnet.net Jan 30 2024 00:09:00 | | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14985944 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jan 30 2024 00:13:29 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14967349 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jan 30 2024 00:13:51 | | Wells Fargo Outdoor Solutions, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14967350 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Jan 30 2024 01:01:39 | | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14967351 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14967352 | *+ | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14967353 | *+ | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14967354 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14967355 | *+ | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14967356 | *+ | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14967358 | *+ | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14967359 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14967360 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14967361 | *+ | Wells Fargo Outdoor Solutions, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14967362 | *+ | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 2 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 18-11288-JCM    Doc 70    Filed 01/31/24    Entered 02/01/24 00:32:18    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0315-1 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 26 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Plaintiff Denise Lynn Hardgrave-Dunbar rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Debtor Denise Lynn Hardgrave-Dunbar rebeka@seelingerlaw.com |
| Richard J. Bedford | on behalf of Plaintiff Denise Lynn Hardgrave-Dunbar richard@seelingerlaw.com  rjb8181@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |

TOTAL: 8